1
2
3
4
5                                          **JS-6**
6
7
8                        UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
10

| | |
|---|---|
| BULLETIN DISPLAYS, LLC, a California limited liability company, | CASE NO. SACV05-1083-CJC (ANx) |
| Plaintiff, | **JUDGMENT** |
| vs. | Judge:          Hon. Cormac J. Carney<br>Courtroom.:  9-B |
| REGENCY OUTDOOR ADVERTISING, INC., a California corporation; WEST HOLLYWOOD PROPERTIES, LLC, a California limited liability company; BRIAN KENNEDY, an individual; DRAKE C. KENNEDY, an individual; and DOES 1 through 100, inclusive, | Trial Date:         November 29, 2011<br>Complaint Filed:  November 4, 2005 |
| Defendants. | |

1   This cause came on regularly for trial on November 29, 2011, in Courtroom 9-B of the
2   above-entitled court, the Honorable Cormac J. Carney, Judge, presiding.  The Plaintiff Bulletin
3   Displays, LLC ("Plaintiff") appeared by its attorneys Quinn Emanuel Urquhart & Sullivan, LLP,
4   and Defendants Regency Outdoor Advertising, Inc., West Hollywood Properties, LLC, and Brian
5   and Drake Kennedy (collectively, "Defendants") appeared by their attorneys Baute Crochetiere &
6   Maloney LLP.

7   A jury of eight (8) persons was regularly impaneled and sworn to try the action.  Witnesses
8   on the part of each party were sworn and examined.  After hearing the evidence, the arguments of
9   counsel, and instructions of the Court, the jury retired to consider its verdict, subsequently
10  returned to Court, and being called, duly rendered its verdict in writing as follows:

11  The jury found in favor of Defendants and against Plaintiff on the three claims submitted
12  to it.

13  **WHEREFORE**, by virtue of the law, and by reason of the premises aforesaid, **IT IS**
14  **ORDERED**, **ADJUDGED**, and **DECREED** that the Plaintiff take nothing from Defendants on its
15  Complaint herein, and that Defendants shall recover their costs, if any, against Plaintiff in an
16  amount to be determined.

Dated: January 18, 2012

Hon. Cormac J. Carney

-1-
JUDGMENT
Case No. SACV05-1083-CJC (ANx)